ULMAN GOLDSBOROUGH CO., Respondent, v. ACKERMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 10, 1896.) Action by the Ulman Goldsborough Company against Bernard L. Ackerman and others. No opinion. Motion granted, with $10 costs.

VALENTINE, Respondent, v. SCHREIBER, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by Benjamin E. Valentine against Henry Schreiber. No opinion. Motion for reargument denied, with $10 costs. See 38 N. Y. Supp. 417.

VANDERHOEF, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Nathaniel W. Vanderhoef against Charles A. Miller. A. Gruber, for appellant. J. H. Hull, for respondent. No opinion. Order denying motion to vacate attachment reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

VANDERHOEF, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Nathaniel W. Vanderhoef against Charles A. Miller. A. Gruber, for appellant. J. H. Hull, for respondent. No opinion. Order denying motion to vacate order of arrest affirmed, with $10 costs and disbursements.

VANUXEM v. KER. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Louis C. Vanuxem against William W. Ker. No opinion. Motion denied, with $10 costs. See 37 N. Y. Supp. 1150.

VOLK, Respondent, v. BERGMAN, Appellant. (City Court of New York, General Term. April 30, 1896.) Action by John Volk against Sigmund Bergman. For former report, see 35 N. Y. Supp. 1025. John E Brodsky, for appellant. Henry G. Harris, for respondent.

FITZSIMONS, J. Because of the decision of the general term of this court herein filed November 26, 1895, upon this appeal we are limited to a consideration of the question whether or not the defendant actually paid to the plaintiff any part of the sum of $1,045, sued for herein. There is certainly no evidence of any such payment, the defendant merely contending that the sixth clause of the agreement made between the parties hereto, and upon which this action is based, only required the payment of the sum of $2,500 per year until the expiration of the term (viz. five years from date thereof) mentioned in such agreement, when an accounting might be required, and the balance over $12,500, if any there was found to be due, should be paid. That contention in said former appeal, as we have said, was passed upon adversely to the defendant. Therefore we must affirm the judgment herein, with costs.

VON DERSMITH, Respondent, v. ROURKE, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by Elizabeth H. Von Dersmith against Bernard Rourke. O. J. Wells, for appellant. E. W. S. Johnston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VON HATTEN, Respondent, v. SCHOLL et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1896.) Action by Joseph Von Hatten against Louisa Scholl and others. No opinion. The plaintiff should apply at special term for an order directing the purchaser to complete her purchase. Motion denied. See 36 N. Y. Supp. 771.

In re VREDENBURGH. (Supreme Court, Appellate Division, Second Department. April 7, 1896.) In the matter of the application of Larue Vredenburgh for admission to practice law in the state of New York. No opinion. Application granted and applicant may appear in court and take the oath of office.

WALLACH v. DAVIS et al. (Supreme Court, Appellate Division, First Department. March 20, 1896.) Action by Karl M. Wallach against Mark Davis and others. No opinion. Motion granted, with $10 costs.

WALLACH, Respondent, v. WALLACH, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Karl M. Wallach against Samson Wallach. Roger Foster, for appellant. David Gerber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WHITE, Respondent, v. JEFFERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by George W. White against Warren H. Jeffers and Herman J. Kumberger. No opinion. Judgment and order affirmed, with costs. All concur.

In re WHITTIER. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) In the matter of the guardianship of Ada Florence Whittier and Edward C. B. Whittier, infants, etc. No opinion. Order affirmed, without costs. All concur, except CULLEN, J., dissenting, and BARTLETT, J., not voting.

WILSON v. CLANCY. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Jacob Wilson against John J. Clancy. No opinion. Motion denied, upon payment of $10 costs.

WRIGHT et al., Respondents, v. LOTT, Appellant. (Supreme Court, Appellate Division, Third Department. April 14, 1896.) Action by Martha M. Wright and another, as executrices, etc., of John W. Hathorn, deceased, against George W. Lott. Sherman Moreland, for appellant. Rockwell, McDowell & McCann (George McCann, of counsel), for respondents.

PARKER, P. J. John W. Hathorn contracted, by written agreement dated June 30,